## Letcher *v.* The State.

*Assault with Intent.*

(Decided Jan. 18, 1906, 39 So. Rep. 922.)

APPEAL from Macon Circuit Court.
Heard before Hon. S. L. BREWER.

J. T. LETCHER, H. P. MERRITT, T. L. BULGER and J. M. CHILTON, for appellant.

MASSEY WILSON, Attorney General for the State.

Reversed and remanded.

Opinion by DOWDELL, J.

HARALSON, SIMPSON and DENSON, JJ., concur.

---

## Franklin *v.* The State.

Murder.

(Decided Jan. 18, 1906, 39 So. Rep. 979.)

APPEAL from Clarke Circuit Court.
Heard before Hon. JOHN T. LACKLAND.

No counsel marked for appellant.

MASSEY WILSON, Attorney General for the State.

Affirmed.

Opinion by HARALSON, J.

DOWDELL, SIMPSON and DENSON, JJ., concur.

---

## Clayton *v.* The State.

*Crime.*

(Decided Nov. 30, 1905, 39 So. Rep. 1026.)

APPEAL from Walker Circuit Court.
Heard before Hon. A. H. ALSTON.

RAY, LEITH & SHEPHARD, for appellant.

MASSEY WILSON, Attorney General for the State.

PER CURIAM.   Appeal dismissed.